Edward Furman, Respondent, v. Louis C. Krauss and Olive Groves Furman, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [175 Misc. 1018.]

Manufacturers Trust Company, Appellant, v. Mary Elizabeth White Miller, Respondent.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., concurs to the extent that the warrant of attachment is vacated as to the policy issued by the Equitable Life Assurance Society of the United States and dissents to the extent that it was vacated as to the policy issued by the Northwestern Mutual Life Insurance Company; Martin, P. J., dissents and votes to reverse and deny the motion.

Morris Weintraub, Individually and as Administrator, etc., of Celia Weintraub, Deceased, and as Guardian ad Litem of Edward Weintraub, an Infant, etc., Respondents, v. Eastern Bag & Burlap Co., Inc., and Harry Reisman, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial upon the ground that the verdict is clearly against the weight of the credible evidence.

In the Matter of the Application of William F. Kuehl, Petitioner, Respondent, for an Order against John H. Delaney, as Chairman, and Others, Constituting the Board of Transportation of the City of New York, Appellants, to Review a Determination by the Said John H. Delaney and Others.— Order, so far as appealed from, unanimously reversed, with fifty dollars costs and disbursements to the appellants, and the determination of the board of transportation confirmed. (See Matter of Carlson v. Delaney, ante, p. 1011, decided herewith.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as 64 to 72 Washington Place and 33 to 36 Washington Square West, Borough of Manhattan, County, City and State of New York, Guaranteed by Bond and Mortgage Guarantee Company, Guarantee No. 212,252. Carl Pack, as Trustee, etc,. Petitioner, Appellant; Superintendent of Insurance of the State of New York, as Such and as Successor to the Mortgage Commission of the State of New York, and Others, Respondents.— Order, so far as appealed from, unanimously modified by striking out the surcharge of income taxes paid by the trustee and increasing the allowance of the attorney from $200 to $500, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.